Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>   Comaper Corporation   </u> v. <u>   Antec, Inc.   </u>

No. <u>14-1661</u>

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

      Pro Se      **X**   As counsel for:   Antec, Inc.

                                                         Name of party

I am, or the party I represent is (select one):

     Petitioner      Respondent      Amicus curiae      Cross Appellant

  **X**  Appellant      Appellee      Intervenor

As amicus curiae or intervenor, this party supports (select one):

     Petitioner or appellant      Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Susan H. Handelman |
| Law firm: | Ropers, Majeski, Kohn & Bentley |
| Address: | 1001 Marshall Street, Suite 500 |
| City, State and ZIP: | Redwood City, CA 94063 |
| Telephone: | 650-364-8200 |
| Fax #: | 650-780-1701 |
| E-mail address: | shandelman@rmkb.com |

Statement to be completed by counsel only (select one):

  **X**  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

     I am replacing                as the principal attorney who will/will not remain on the case. [Government attorneys only.]

     I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>August 9, 2001</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

     Yes   **X**  No

     A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| <u>August 6, 2014</u> | <u>/s/ Susan H. Handelman</u> |
| Date | Signature of pro se or counsel |
| | Susan H. Handelman |

May 1, 2004 Edition

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| CASE NAME: | Comaper Corp. v. Antec |
| ACTION NO.: | US Court of Appeals for the Federal Circuit 14-1661 |

### PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail    ☐ Facsimile    ☐ Messenger Service

☐ Overnight Delivery    ☒ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 1001 Marshall Street, Suite 500, Redwood City, CA 94063-2052, County of San Mateo

3. On August 6, 2014 I served the following documents:

**ENTRY OF APPEARANCE**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Stephen J. Driscoll
Saul Ewing LLP
1500 Market Street, 38th Foor
Philadelphia, PA 19102
Phone: 215-972-7872
Fax: 215-972-4150

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

    d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the

persons at the fax numbers listed in item 4.  (Separate Proof of Transmission by Fax to be provided.)

  e. ☒ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: August 6, 2014

Roxana Riedell  
Type Name          Signature

RC1/6826515.1/RS    - 2 -    PROOF OF SERVICE