Form 26

FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1661

Comaper Corporation

v.

Antec, Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.

Name of the party you represent  Antec, Inc.

Party is (select one)  ☒ Appellant/Petitioner   ☐ Cross-Appellant
                       ☐ Appellee/Respondent    ☐ Intervenor

Tribunal appealed from and Case No. _____

Date of Judgment/Order  June 11, 2014     Type of Case  Patent Infringement

Relief sought on appeal

Relief awarded below (if damages, specify)  Plaintiff was awarded fees and costs in the amount of $541,085.48

Briefly describe the judgment/order appealed from  Finding exceptional case under §285

American LegalNet, Inc.
www.FormsWorkflow.com

Form 26

FORM 26. Docketing Statement (continued)

Nature of judgment (select one)

☒ Final Judgment, 28 USC 1295

☐ Rule54(b)

☐ Interlocutory Order (specify type) _____

☒ Other (explain; see Fed. Cir. R. 28(a)(5)) Appealable order awarding attorney's fees

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued  2009-1248, 2009-1249 Radar, Gajarsa, and DYK (March 1, 2010) and 2013-1147 Radar, Clevenger, and Moore (September 6, 2013)

Brief statement of the issues to be raised on appeal  was this exceptional case under § 285.

Have there been discussions with other parties relating to settlement of this case?

☒ Yes    ☐ No

If "yes," when were the last such discussions

☐ Before the case was filed below?

☒ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☐ Yes    ☒ No

If they were mediated, by whom? _____

American LegalNet, Inc.
www.FormsWorkflow.com

Form 26

FORM 26.  Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?    ☒ Yes    ☐ No

If you answered no, explain why not _____

_____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this <u>6th</u> day of <u>August, 2014</u>

by:  <u>Electronic and U.S. Mail</u>
             (manner of service)

<u>Susan H. Handelman</u>              <u>/s/ Susan Handelman</u>
   Name of Counsel                    Signature of Counsel

Law Firm <u>Ropers, Majeski, Kohn & Bentley</u>

Address <u>1001 Marshall Street, Suite 500</u>

City, State, ZIP <u>Redwood City, CA  94063</u>

Telephone Number <u>650-364-8200</u>

FAX Number <u>650-780-1701</u>

E-mail Address <u>shandelman@rmkb.com</u>

| | |
|---|---|
| CASE NAME: | Comaper Corp. v. Antec |
| ACTION NO.: | US Court of Appeals for the Federal Circuit 14-1661 |

PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail ☐ Facsimile ☐ Messenger Service

☐ Overnight Delivery ☒ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 1001 Marshall Street, Suite 500, Redwood City, CA 94063-2052, County of San Mateo

3. On August 6, 2014 I served the following documents:

**DOCKETING STATEMENT**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Stephen J. Driscoll
Saul Ewing LLP
1500 Market Street, 38th Foor
Philadelphia, PA 19102
Phone: 215-972-7872
Fax: 215-972-4150

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

    d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the

persons at the fax numbers listed in item 4.  <u>(Separate Proof of Transmission by Fax to be provided.)</u>

  e. ☒ By email or electronic transmission:  Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  I am employed in the office of a member of the bar of this court at whose direction the service was made.  I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 6, 2014

Roxana Riedell             *Roxana Riedell*
Type Name               Signature

RC1/6826515.1/RS    - 2 -    PROOF OF SERVICE